IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT ST. CLAIRE CRICHLOW,<br>Skyttegatan 4<br>761 42 Norrtalje<br>Sweden<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WARNER MUSIC GROUP CORP.,<br>75 Rockefeller Plaza<br>New York, New York 10019<br><br>　　　　Defendant. | Civil Action No. _____<br><br><br><br><br><br>**NOTICE OF REMOVAL** |

　　　　Defendant Warner Music Group Corp. ("Warner Music Group") hereby gives notice that:

　　　　1.　　Warner Music Group is a defendant in *Crichlow v. Warner Music Group, Corp.*, Civil Action No. 0005697-07, which was filed in the Superior Court of the District of Columbia on August 16, 2007. A copy of the Complaint is attached as Exhibit A.

　　　　2.　　Plaintiff Herbert St. Claire Crichlow is a "resident of Sweden," Compl. ¶ 3, and was born in the United Kingdom. Plaintiff is a "citizen[] or subject[] of a foreign state." 28 U.S.C. § 1332(a)(2).

　　　　3.　　Defendant Warner Music Group is a citizen of Delaware, its State of incorporation, and of New York, where its principal place of business is located. 28 U.S.C. § 1332(c)(1).

　　　　4.　　This action is thus an action between a "citizen[] of a State" and a "citizen[] or subject[] of a foreign state." 28 U.S.C. § 1332(a)(2).

5. Plaintiff seeks over $3 billion in damages excluding interest and costs. Compl. ¶¶ 21, 27. This sum exceeds the $75,000 amount-in-controversy requirement of 28 U.S.C. § 1332(a).

6. This Court thus has original jurisdiction over this action, 28 U.S.C. § 1332(a), and Warner Music Group therefore may remove this action under 28 U.S.C. § 1441(b).

7. The Complaint was served on Warner Music Group on August 24, 2007. Evidence of service is attached as Exhibit B. This Notice of Removal is filed within 30 days of receipt of the complaint and is timely filed under 28 U.S.C. § 1446(b).

8. The Complaint attached as Exhibit A is the only District of Columbia Superior Court paper served on Warner Music Group at the time of removal.

9. Warner Music Group will promptly serve written notice of the filing of this Notice of Removal to plaintiff as required by 28 U.S.C. § 1446(d).

10. Warner Music Group will promptly file a copy of this Notice of Removal with the Superior Court of the District of Columbia as required by 28 U.S.C. § 1446(d).

WHEREFORE, while expressly preserving all defenses, Warner Music Group hereby removes this action from the Superior Court of the District of Columbia to this Court.

Dated: September 13, 2007

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
Steven B. Fabrizio (DC Bar 436482)
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6000

*Attorney for Defendant Warner Music Group*

## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the foregoing Notice of Removal, Certificate Required by LCvR 7.1, and Notice of Appearance to be served on September 13, 2007, to the following counsel by first class mail, postage prepaid:

Prof. Dr. Chernor M. Jalloh, Esq.
The Jallow Law Firm
1150 Connecticut Avenue N.W.
Suite 900
Washington, DC  20036-4197
*Attorney for Plaintiff Herbert St. Clair Crichlow*

Dated: September 13, 2007

Respectfully submitted,

By: _____
Sharmila Sohoni

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Herbert St. Claire Crichlow

## DEFENDANTS
Warner Music Group Corp.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Chernor M. Jalloh
The Jalloh Law Firm
1150 Connecticut Avenue, NW, Ste. 900
Washington, DC 20036-4197
(202) 862-4337

ATTORNEYS (IF KNOWN)
Steven B. Fabrizio
Jenner & Block LLP
601 Thirteenth Street, NW
Washington, DC 20005
(202) 639-6000

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ● 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

● **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☒ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ○ 1 Original Proceeding
- ⦿ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ _____    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE September 13, 2007    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT A



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

HERBERT St. CLAIRE CRICHLOW
SKYTTEGATAN 4
761 42 NORRTALJE
SWEDEN
    Plaintiff,

Civil Action No.: 0005697-07
Plaintiff demands a jury trial on all counts adjudicable by a jury.

v.

WARNER MUSIC GROUP, CORP.
1025 F STREET, NW
SUITE 1000
WASHINGTON, DC 20004
    Defendant.



FILED
CIVIL ACTIONS BRANCH
AUG 1 6 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Serve:

MR. ADRIAN FENTY, ESQ.
MAYOR OF WASHINGTON, DC
1350 PENNSYLVANIA AVE., NW
SUITE 419
WASHINGTON, DC 20004

AND

THE OFFICE OF THE ATTORNEY GENERAL
441 4TH STREET, NW
SUITE 600 SOUTH
WASHINGTON, DC 20001



## COMPLAINT FOR DAMAGES

1. This Honorable Court has jurisdiction over this **res** under D.C. Code 1981, Section 13-334(a), venue properly attaches to the same, and defendant, although operating out of an office located in the District of Columbia, has no registered agent registered with DCRA.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff, Mr. Herbert St. Clair Crichlow (henceforth "Crichlow"), incorporates by reference as though fully and unequivocally stated herein the averment in paragraph 1.

3. Crichlow, a resident of Sweden, is a songwriter for defendant Warner Music Group Corp. (henceforth "defendant"), a Delaware Corporation, which conducts business in the District of Columbia.

4. Defendant sells recorded music and published music.

5. Defendant acquired 100% of the shares and assets of Megasong Publishing A/S (henceforth "Mega") in 2002.

6. Crichlow signed a co-publishing contract with Mega on October 1, 1993.

7. Crichlow's co-publishing contract with Mega was fully effective when defendant acquired Mega.

8. Crichlow wrote hit songs for the Backstreet Boys, among other financially fecund groups, under his contract with Mega (and with defendant, under paragraph 5).

9. Under Crichlow's co-publishing contract with Mega (and thus with defendant, under paragraph 5), Crichlow's world –wide royalties between 1993 to the present amount to **FIVE HUNDRED MILLION DOLLARS** (henceforth " Crichlow's detained income").

10. Crichlow, author of mega hits such as "Quit Playing Games with my Heart" and a host of others received, between 1993 to the present, **ONE MILLION AND EIGHT HUNDRED THOUSAND DOLLARS** from STIM and NCB, under the contract with Mega (and thus, with defendant, under paragraph 5).

11. Warner Chappell, wholly owned by defendant, executed a co-publishing contract with Crichlow, upon defendant's acquisition of Mega in 2002.

12. During the deliberations attaching to the contract mentioned in paragraph 11, Mr. Hans Desmond (henceforth "Desmond"), a duly authorized agent of defendant, represented to Crichlow that Warner Chappell, and thus defendant, would recover "Crichlow's detained income" for the exclusive benefit of Crichlow.

13. On or about October 2006, Crichlow's manager, Mr. Lee Richerson, in e-mail and telephone exhanges with Mr. Nick Thomas, a duly authorized agent of defendant, acknowledged that defendant owes Crichlow "a substantial sum of money," ["Crichlow's detained income"], but that defendant will deliver the same only if Crichlow "sues us."

14. Desmond has not delivered Crichlow's detained income.

15. Desmond made the representation, which is clearly material, only to fraudulently induce Crichlow to sign over his rights to his cash oozing catalogue, knowing that the material representation was false at the time he made it, and maliciously intended to deceive Crichlow.

16. Crichlow reasonably relied on Desmond's representation, resulting in bone crushing pecuniary losses.

## COUNT ONE
### (Conversion)

17. Crichlow incorporates by reference as though fully and unequivocally stated herein the averments in paragraphs 1 through 16.

18. Defendant had a duty to deliver Crichlow's detained income.

19. Defendant breached that duty when it failed to deliver Crichlow's detained income.

20. Defendant's breach was knowing, deceitful, and malicious: a pattern and scheme for raiding the hard-earned income of Crichlow.

21. Defendant's breach was the cause in fact and the proximate cause of the loss of Crichlow's detained income.

> **WHEREFOR**, Crichlow respectfully moves this Honorable Court to grant him judgment against defendant under the following schema: **FIVE HUNDRED MILLION DOLLARS (compensatory damages); ONE BILLION DOLLARS (punitive damages; ONE MILLION DOLLARS (reasonable attorney fees); pre-judgment interest and post-interest judgment interest); the reasonable costs of this action, and any and all other remedies this Honorable Court deems just and fair.**

## COUNT TWO
### (Fraudulent Misrepresentation)

22. Crichlow incorporates by reference as though fully and unequivocally stated herein the averments in paragraphs 1 through 21.

23. Desmond's representation to Crichlow was material.

24. Desmond knew, when he made the representation to Crichlow, that the representation was false.

25. Desmond made the representation with the malicious, specific intent to deceive Crichlow.

26. Crichlow reasonably relied on Desmond's representation.

27. Desmond's representation was the cause in fact and the proximate cause of the loss of Crichlow's detained income.

**WHEREFOR**, Crichlow respectfully moves this Honorable Court to grant him judgment against defendant under the following schema: **FIVE HUNDRED MILLION DOLLARS** (compensatory damages); **ONE BILLION DOLLARS** (punitive damages; **ONE MILLION DOLLARS** (reasonable attorney fees); pre-judgment interest and post-interest judgment); the reasonable costs of this action, and any and all other remedies this Honorable Court deems just and fair.

Respectfully submitted,

_/s/ Jalloh_

Prof. Dr. Chernor M. Jalloh, Esq.
DC Bar No.: 450379
THE JALLOH LAW FIRM
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-4197
(202) 862-4337 (telephone number)

Attorney for Mr. Herbert St. Clair Crichlow

CA Form 1

## Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

HERBERT ST. CLAIR CRICHLOW

*Plaintiff*

vs.

WARNER MUSIC GROUP, CORP
Serving the Attorney General.

*Defendant*

0005697-07

Civil Action No. _____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Prof. Dr. Chesner M. Jollah, Esq.
Name of Plaintiff's Attorney

The Jollah Law Firm
Address  1150 Connecticut Ave., NW
Ste. 900, Washington DC 20036

Telephone  202-862-4337

*Clerk of the Court*

By _____
Deputy Clerk

Date  8/16/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

HERBERT ST. CLAIR CRICHLOW
*Plaintiff*

vs.

0005807-07
Civil Action No. _____

WARNER MUSIC GROUP CORP.,
Serving the Mayor
*Defendant*

**SUMMONS**

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Prof. Dr. Cherno M Jalloh, Esq.
Name of Plaintiff's Attorney

THE JALLOH LAW FIRM
Address 1150 Connecticut Avenue, NW,
Ste. 900, Washington, DC 20036
Telephone 202-862-4337

*Clerk of the Court*

By _____
   Deputy Clerk

Date 8/16/07

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

HERBERT St. CLAIR CRICHLOW

vs.

WARNER MUSIC GROUP, CORP.

Case Number: 0005697-07

Date: _____

| | |
|---|---|
| Name: (please print) Prof. Dr. CHERNOR M. JALLOH | Relationship to Lawsuit |
| Firm Name: THE JALLOH LAW FIRM | ☒ Attorney for Plaintiff |
| Telephone No.: _____  Unified Bar No.: _____ | ☐ Self (Pro Se)  Other: _____ |

TYPE OF CASE:   ☐ Non-Jury     ☐ 6 Person Jury     ☒ 12 Person Jury

Demand: $ 3 billion, plus     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____

Case No. _____ Judge _____ Calendar # _____

---

**NATURE OF SUIT:** *(Check One Box Only)*

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 Other: _____
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☐ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☒ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 3-441
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Other: _____

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical
- ☐ 16 Negligence
- ☐ 17 Personal Injury
- ☐ 18 Wrongful Death
- ☐ 19 Wrongful Eviction
- ☐ 20 Other: _____
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

Form CV(6)-496/Feb. 95     5-0993-1 wd-354



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

HERBERT ST CLAIRE CRICHLOW
Vs.
WARNER MUSIC GROUP CORP

C.A. No.   2007 CA 005697 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A TERRELL
Date: August 16, 2007
Initial Conference: 9:15 am, Friday, November 16, 2007
Location: Courtroom 219
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

# EXHIBIT B

# AFFIDAVIT OF PROCESS SERVER



| Superior Court | District Of Columbia |
|---|---|

Herbert St. Claire Crichlow

Plaintiff

vs.

Warner Music Group, Corp.

Defendant



Attorney:

The Jalloh Law Firm
Prof. Dr. Chernor Jalloh, Esq.
1150 Connecticut Ave., NW, Suite 900
Washington, DC. 20036-4197

**Case Number:** CA 0005697-07

Legal documents received by Same Day Process Service on August 21st, 2007 at 3:00 PM to be served upon **Warner Music Group, Corp. at 1025 F St., NW, Suite 900, Washington, DC. 20004**

I, B. Tony Snesko, swear and affirm that on **August 24th, 2007 at 2:50 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Initial Order and Addendum; Summons; Complaint for Damages** to Heidi Neal as **Manager & Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Female   Age: 35   Height: 5'7   Weight: 135   Skin Color: White   Hair Color: Blond   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

B. Tony Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000004369

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 24 day of August, 2007

Notary Public, D.C.
My commission expires June 30, 2011

BRANDON SNESKO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.