IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERBERT ST. CLAIRE CRICHLOW, )
)
     Plaintiff, ) Civil Action No._____
)
v. )
)
WARNER MUSIC GROUP CORP., )
)
     Defendant. )

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Defendant Warner Music Group Corp. ("Warner Music Group"), certify that to the best of my knowledge and belief:

1. Warner Music Group is a publicly traded company. No publicly owned company currently holds a combined share in excess of ten percent of Warner Music Group's outstanding stock.

2. Warner Music Group has no parent company.

3. Warner Music Group has no affiliates or subsidiaries with outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 13, 2007

Respectfully submitted,

JENNER & BLOCK LLP

By: _____
Steven B. Fabrizio (DC Bar 436482)
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6000

*Attorney for Defendant Warner Music Group*