IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT ST. CLAIRE CRICHLOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARNER MUSIC GROUP CORP., )<br>)<br>Defendant. )<br>) | Civil Action No._____<br><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of defendant Warner Music Group Corp. The undersigned hereby certifies that he is admitted to practice in this Court.

Dated: September 13, 2007

Respectfully submitted,

By: _____
Steven B. Fabrizio (DC Bar 436482)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6000

*Attorney for Defendant Warner Music Group*