UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT ST. CLAIRE CRICHLOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARNER MUSIC GROUP CORP., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01622 (HHK) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of defendant Warner Music Group Corp., in addition to Steven B. Fabrizio, who has previously entered an appearance in this matter. The undersigned hereby certifies that she is admitted to practice in this Court.

Dated: October 1, 2007

Respectfully submitted,

By: /s/ Iris E. Bennett
Iris E. Bennett (DC Bar 491413)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6000 (telephone)
(202) 639-6066 (facsimile)
Email: ibennett@jenner.com

*Attorney for Defendant Warner Music Group Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I caused copies of the foregoing Notice of Appearance to be served on the following counsel by first-class mail, postage prepaid:

>Prof. Dr. Chernow M. Jalloh, Esq.
>The Jalloh Law Firm
>1150 Connecticut Avenue, NW
>Suite 900
>Washington, DC  20036-4197
>*Attorney for Plaintiff Herbert St. Clair Crichlow*

/s/ Iris E. Bennett
Iris E. Bennett