UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERBERT ST. CLAIRE CRICHLOW
    Plaintiff,

Civil Action No. 07-01622 (HHK)

v.

WARNER MUSIC GROUP CORP.
    Defendant.

### PLAINTIFF CRICHLOW'S MOTION FOR A 30 DAY EXTENSION OF TIME TO OPPOSE DEFENDANT WARNER MUSIC GROUP CORP.,'S MOTION TO DISMISS

COMES NOW plaintiff, by and through the undersigned, and respectfully moves this Honorable Court to extend the time under which plaintiff is required to oppose defendant's Motion to Dismiss by thirty days under the justificatory grounds adduced and explicated in the accompanying Memorandum of Points and Authorities. The undersigned sought defendant's consent to the instant motion; defendant, however, withheld consent to the same.

Respectfully submitted,
\_\_\_/s/_____
Prof. Dr. Chernor M. Jalloh, Esq.
DC Bar No.: 450379
THE JALLOH LAW FIRM
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-4197.
(202) 862-4337 (telephone number)

Attorney for plaintiff Crichlow

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HERBERT ST. CLAIRE CRICHLOW
    Plaintiff,

Civil Action No. 07-01622 (HHK)

v.

WARNER MUSIC GROUP CORP.
    Defendant.

### STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF CRICHLOW'S MOTION FOR A THIRTY DAY EXTENSION OF TIME TO OPPOSE DEFENDANT WARNER'S MOTION TO DISMISS

Plaintiff Crichlow, by and through the undersigned, respectfully submits the following justificatory grounds to assist this Honorable Court's critical and judicious determination of plaintiff's motion.

1. As the Court is aware, defendant removed this **res** from the Superior Court of the District of Columbia on the averred ground of diversity of citizenship and other moments constitutive of federal jurisdiction over this action, which defendant, obfuscating the clear and ambiguous factually averred characterization of the events underlying the action, chooses to characterize as an action sounding in "contract." Plaintiff's complaint, on any reasonable interpretation of the same, negates defendant's decisionistic and self-serving characterization.

2. The undersigned's extensive pre-trial work in the Superior Court of the District of Columbia, involving, as the Court is cognizant, extensive cognitive exertion and time necessitates, under the juridical postulate that justice is better served

when parties or, as here, their legal representatives, assist the court to adjudicate contested issues, by reasoned and comprehensive rhetorical, i.e. advocatory presentation of relevant law and fact.  Absent the requested extension, the undersigned cannot in good faith aver that his duties to his client and this Honorable Court would be reasonably satisfied.

3. Decisively, it is reasonably certain that defendant is not and would not be prejudiced if this Honorable Court, following the maxim of adjudication on the merits founded on exhaustive and zealous advocacy, were to exercise its ample and reasoned discretion in granting plaintiff's motion, under the facts of the action and paragraph 2 above.  Absent such prejudice, the **desideratum** of a comprehensive and reasonably definitive exposition of the issues mandate plaintiff's reasonable request.  That the value of judicial economy is boosted by the considerations advanced can be easily inferred by this Honorable Court.

## CONCLUSION

Under the grounds posited and explicated above, Crichlow, by and through the undersigned, respectfully moves this Honorable Court to grant Crichlow's motion.


Dated:  September 28, 2007                    Respectfully submitted,

                                              ____/s/_____
                                              Prof. Dr. Chernor M. Jalloh,
                                              DC Bar No.:  450379
                                              THE JALLOH LAW FIRM
                                              1150 Connecticut Avenue, NW
                                              Suite 900
                                              Washington, DC  20036-4197.
                                              (202) 862-4337 (telephone number)

Attorney for plaintiff Crichlow

Case 1:07-cv-01622-HHK   Document 7   Filed 10/01/2007   Page 4 of 7

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this first day of October, 2007 the preceding Plaintiff Crichlow's Motion for a Thirty day Extension of Time to Oppose Defendant Warner Music Group Corp.'s Motion to Dismiss, a Statement of Points and Authorities and a Proposed Order were e-filed to:

Steven B. Fabrizio, Esq.
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC  20005

\_\_\_/s/_____
Prof. Dr. Chernor M. Jalloh, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**HERBERT ST. CLAIRE CRICHLOW**
    **Plaintiff,**           Civil Action No. 07-01622 (HHK)

v.

**WARNER MUSIC GROUP CORP.**
    **Defendant.**
_____

## ORDER

UPON REASONED CONSIDERATION of plaintiff Crichlow's Motion, the Statement of Points and Authorities in support thereof and any Opposition to the same, and any Reply opposed to an Opposition, it is this _____ day _____ ordered that plaintiff's Motion is hereby **granted**; and it is **further ordered** plaintiff shall have until the _____ day of _____, 2007, to oppose defendant's Motion to Dismiss.

 

_____
Judge

Copies to:

Prof. Dr. Chernor M. Jalloh, Esq.
THE JALLOH LAW FIRM
1150 Connecticut Avenue, NW
Suite 900
Washington, DC 20036-4197

**and**

Steven B. Fabrizio  
JENNER & BLOCK LLP  
601 Thirteenth Street, NW  
Suite 1200 South  
Washington, DC  20005