UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT ST. CLAIRE CRICHLOW,<br><br>Plaintiff,<br><br>v.<br><br>WARNER MUSIC GROUP CORP.,<br><br>Defendant. | )<br>)<br>)    Civil Action No. 07-01622 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONSE BY DEFENDANT WARNER MUSIC GROUP IN
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF
COURT TO FILE HIS OPPOSITION OUT OF TIME**

Defendant Warner Music Group Corp. ("Warner Music Group") opposes Plaintiff's motion for a two-day enlargement of time to file his opposition to Warner Music Group's motion to dismiss. For the reasons stated in Defendant's Motion to Dismiss Due to Plaintiff's Failure to File Opposition Brief (Dkt. 9), Plaintiff has not satisfied the standard for obtaining an enlargement of time, and the Complaint should be dismissed.

Dated: October 19, 2007

Respectfully submitted,

By:  /s/

Steven B. Fabrizio (DC Bar 436482)
Iris E. Bennett (DC Bar 491413)
JENNER & BLOCK LLP
601 Thirteenth Street, NW
Suite 1200 South
Washington, DC 20005
(202) 639-6000

*Attorneys for Defendant Warner Music Group Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, I caused copies of the foregoing Response by Defendant Warner Music Group in Opposition to Plaintiff's Motion for Leave of Court to File his Opposition Out of Time to be served on the following counsel by first class mail, postage prepaid, and electronically by the Court's e-filing system:

Prof. Dr. Chernor M. Jalloh, Esq.
The Jalloh Law Firm
1150 Connecticut Avenue N.W.
Suite 900
Washington, DC  20036-4197
*Attorney for Plaintiff Herbert St. Clair Crichlow*

                                                    /s/
                                        Iris E. Bennett