# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT ST. CLAIRE CRICHLOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARNER MUSIC GROUP CORP., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-01622 (HHK) <br><br><br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the address of the Washington, D.C., office of Jenner & Block LLP, counsel for Warner Music Group Corp., has changed. Effective May 24, 2008, all notices, correspondence, and pleadings should be addressed to 1099 New York Avenue, NW, Suite 900, Washington, D.C. 20001-4412. Our telephone and fax numbers will remain unchanged.

Dated: May 23, 2008

Respectfully Submitted,

By:  /s/ Steven B. Fabrizio
Steven B. Fabrizio (D.C. Bar No. 436482)
JENNER & BLOCK LLP
601 13th Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6000
Fax: (202) 639-6066
Email: sfabrizio@jenner.com

*Attorney for Defendant Warner Music Group Corp.*

**New address:**

Steven B. Fabrizio (D.C. Bar No. 436482)
JENNER & BLOCK LLP
1099 New York Ave., N.W.

Suite 900  
Washington, D.C.  20001-4412  
Tel: (202) 639-6000  
Fax: (202) 639-6066  
Email: sfabrizio@jenner.com

**CERTIFICATE OF SERVICE**

    I certify that on May 23, 2008, I caused copies of the foregoing Notice of Change of Address to be served to the following counsel by first-class mail, postage prepaid, and electronically via the Court's CM/ECF system:

    Prof. Dr. Chernor M. Jalloh, Esq.
    The Jalloh Law Firm
    1150 Connecticut Avenue N.W.
    Suite 900
    Washington, DC  20036-4197
    *Attorney for Plaintiff Herbert St. Clair Crichlow*

Dated: May 23, 2008                                    Respectfully submitted,

                                                                           /s/ Iris E. Bennett
                                                                           Iris E. Bennett