UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HERBERT ST. CLAIRE CRICHLOW,**<br><br>Plaintiff,<br><br>v.<br><br>**WARNER MUSIC GROUP CORP.,**<br><br>Defendant. | Civil Action 07-01622  (HHK) |

## ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 7th day of July 2008, hereby

**ORDERED** and **ADJUDGED** that plaintiff's complaint is dismissed.

Henry H. Kennedy, Jr.<br>
United States District Judge

1